In the Matter of CITIZENS WATER SUPPLY COMPANY OF NEW-
TOWN, Appellant, against MILO R. MALTBIE et al., Individually
and as Constituting the Public Service Commission of the
State of New York et al., Respondents.

Argued October 19, 1944; decided November 22, 1944.

*John D. Monroe* for appellant.

*Philip Halpern* and *Sherman C. Ward* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.